*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
FULTON, CRISFIELD, and STEPHENS,
Appellate Military Judges

———————————

**UNITED STATES**
Appellee

**v.**

**Wesley G. GAYLE**
Private (E-1), U.S. Marine Corps
Appellant

**No. 201900024**

Decided: 27 June 2017.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Major Keaton H. Harrell, USMC. Sentence adjudged 13 November 2018 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by the convening authority: confinement for 6 months and a bad-conduct discharge.

For Appellant: Captain Kimberly D. Hinson, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court